# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.     **07-cv-01669-AP (consolidated with 07-cv-01860-AP)**

**PAULA R. VACCARINO,**

                     Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                     Defendant.

## ORDER OF CONSOLIDATION

The matter before the Court is Plaintiff's Unopposed Motion to Consolidate Cases, filed in case numbers 07-cv-1669-AP and 07-cv-01860-AP on October 15, 2007. The Motion is GRANTED.

All future filings shall be made in case no. **07-cv-01669-AP**, using the caption as indicated above.

DATED:   October 15, 2007

                                       BY THE COURT:

                                       *s/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT