IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1669-AP** (consolidated with Civil Action No. 07-cv-1860-AP)

**PAULA R. VACCARINO,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## **ORDER**

Kane, J.

    Defendant's Amended Motion for Remand (doc. #22), filed April 23, 2008, is GRANTED.

    This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

    FURTHER ORDERED that, upon remand, this case shall be assigned to an Administrative Law Judge who did not consider the case before appeal.

    Dated: April 24, 2008.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT