IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1669-AP**

**PAULA R. VACCARINO,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant shall respond to Plaintiff's Motion for Attorney Fees Under EAJA (doc. #25), filed July 18, 2008, on or before July 28, 2008.

Dated: July 18, 2008