IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1669-AP** (consolidated with Civil Action No. 07-cv-1860-AP)

**PAULA R. VACCARINO,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on the Motion for Attorney Fees Under EAJA (doc. #25), filed July 18, 2008. I have considered the motion and the response. Although the court ordered a reply, none was filed. The motion is GRANTED in part, as follows:

Defendant shall pay to plaintiff, through counsel, attorney fees under EAJA in the amount of **$5,880.00.**

Dated: September 11, 2008

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT